**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6904**

TIMOTHY CHARLEY,

                    Plaintiff - Appellant,

          v.

OFFICE OF THE ATTORNEY GENERAL; HENRY MCMASTER, Attorney
General; MARY S. WILLIAMS, Assistant Attorney General,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Cameron McGowan Currie, District
Judge.  (6:10-cv-01204-CMC)

Submitted:  November 17, 2010        Decided:  December 9, 2010

Before NIEMEYER, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Charley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Charley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Charley v. Office of the Att'y Gen., No. 6:10-cv-01204-CMC (D.S.C. June 21, 2010). We deny Charley's motion for discovery and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2